McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:<br><br>2005 Silver Ford Focus, California License Plate 5MPW189, Vehicle Identification No. 1FAHP34N15W200742 | CASE NO. 2:18-SW-12 KJN<br><br>[PROPOSED] ORDER REGARDING MOTION TO UNSEAL SEARCH WARRANT MATERIALS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the case shall be unsealed. The unredacted search warrant shall remain under seal, and that the government shall file a redacted application, affidavit, and return. The government may produce an unredacted copy of the sealed application and affidavit to defense counsel in *United States v. Jason Solomon*, No. 2:18-cr-22-TLN.

DATED: 2-20-18

Hon. Deborah Barnes
United States Magistrate Judge

1